AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>ADEDAYO OLAMIDE SANNI,<br>a/k/a Sanni Adeolu,<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>) | Case No. 18-8380-DLB |

FILED by SC D.C.

AUG 3 1 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2016 - February 2017__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to commit wire fraud and bank fraud. |
| 18 U.S.C. § 1343 | Wire fraud. |
| 18 U.S.C. § 1344 | Bank fraud. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Steven R. Leisure, HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 8-31-2018

_____
Judge's signature

City and state: West Palm Beach, Florida

Dave Lee Brannon, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Steven Leisure, first being duly sworn, do hereby depose and state as follows:

1. Your Affiant is a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations (HSI), currently assigned to the Office of the Assistant Special Agent in Charge, West Palm Beach, Florida.

2. I have been a Special Agent with HSI (formerly Immigration and Customs Enforcement) since March 1998. Prior to that time, I was employed by the Federal Deposit Insurance Corporation (FDIC) as an Asset Operation Specialist for eight years. As a Special Agent with HSI, my duties and responsibilities include conducting criminal investigations of individuals and businesses that have violated federal laws, particularly those laws found in Titles 8, 18, 19 and 21 of the United States Code.

3. As a Special Agent of HSI, I have conducted numerous investigations into allegations of fraud and/or identity theft. I have participated in narcotics trafficking, money laundering, and fraud investigations. During the course of these investigations I have conducted physical and wire surveillance, executions of search warrants, and reviews and analyses of taped conversations and records of individuals involved in criminal activity. Through my training, education, and experience, which has included debriefing cooperating defendants, monitoring wiretapped conversations of many types of criminal activity, and conducting surveillance on numerous occasions of individuals engaged in many types of criminal activity, I have become familiar with the manner in which many types of criminal activities are conducted and proceeds are derived and laundered.

4. I submit this affidavit in support of a criminal complaint charging that from as early as December 2016 through February of 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, Adedayo Olamide SANNI, and others known and unknown, did knowingly conspire to violate Title 18, United States Code, Sections

1343 (Wire Fraud); Title 18, United States Code, Section 1344 (Bank Fraud); and Title 18, United States Code, Section 1956 (Money Laundering).

5. I am familiar with the facts and circumstances of the investigation set forth below through my personal participation, from discussions with other agents of Homeland Security Investigations and other law enforcement, including officers with the Lantana Police Department, from my discussions with witnesses involved in the investigation, and from my review of records and reports relating to the investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant, and does not set forth all of my knowledge about this matter.

6. In February of 2017, your affiant received a request for investigative assistance concerning a financial fraud investigation currently being conducted by the Lantana Police Department in Lantana, Florida. The Lantana Police Department investigation involved a Lantana business, hereinafter referred to as "Victim One", a Florida corporation that attempted to purchase two real estate properties in Lantana, Florida, on or about January 3, 2017, for approximately $610,000.00.

7. Information received from Victim One indicated that they intended to wire transfer a deposit relating to the two properties in the amount of $30,275.00 to Citrus Title Insurance Agency (hereinafter referred to as "Citrus Title"), in Lake Worth, Florida, for credit to their bank account at PNC Bank. However, the funds were never received. Once Citrus Title realized the funds were never received, a review of the email correspondence and wire instructions revealed the $30,275.00 wire transfer for the purchase of the two properties had been re-directed to a Bank of America account in the name of "SANNI ADEOLU", an individual with no relation to any of the parties involved in the real estate transaction.

2

8. In February of 2017, Victim One and Citrus Title provided copies of all relevant email correspondence and wire instructions concerning the purchase of the two real estate properties. A review of the email correspondence shows that at some point in time, an unknown hacker compromised Victim One's email account. The hacker, a co-conspirator of the defendant, then created a new email account with an address that was nearly identical but one character different from the legitimate email address used by Victim One. Using the compromised email account from Victim One, the hacker requested the wire amount from the actual Title company involved in the transaction and received a response stating the wire amount was $30,275.00.

9. On December 30, 2016, at approximately 1000 hours, utilizing a hacked email account from the law firm that represented Victim One, the hacker sent Victim One an email with "updated wiring instructions" attached directing Victim One to send the $30,275.00 to a Bank of America account, in Duluth, Georgia. The fraudulent email instructed Victim One to "disregard the previous wiring instructions as it will not be in use due to audit reasons, to avoid any delay, please have the funds wired to the attached subsidiary instructions".

10. The "attached subsidiary instructions" contained fraudulent wire instructions for SANNI ADEOLU whose name appeared at the bottom of the email portraying himself as an employee of the law firm that represented Victim One. The wire instructions provided were as follows:

| | |
|---|---|
| Account Name: | Sanni ADEOLU |
| Bank: | Bank of America |
| Bank Address: | 2608 Pleasant Hill Road |
| City: | Duluth, GA 30096 |
| Routing #: | XXXXX9593 |
| Beneficiary: | Sanni ADEOLU |
| Address: | 712 US Highway One, Suite 400 |
| City: | North Palm Beach, Florida |
| Account #: | XXXXXXXX8521 |

3

11. On January 3, 2017, Victim One wired $30,275.00 in United States Currency from its Wells Fargo Bank account to Bank of America account number XXXXXXXX8521 for further credit to SANNI ADEOLU.

12. On January 6, 2017, Citrus Title emailed Victim One stating that they did not receive the wire for $30,275.00 and attached the correct wire instructions again. After realizing they had been victims of financial fraud and theft, Victim One contacted the Lantana Police Department to report the crime.

13. On February 8, 2017, Lantana Police Department served a subpoena on Bank of America requesting account information for account number XXXXXXX8521 from the time the account was opened to February 13, 2017. A review of these records indicates that Bank of America account XXXXXXXX8521 was opened on/or about September 14, 2016 by an individual purporting to be Sanni ADEOLU, utilizing a Nigerian passport, # XXXXX3705, and a Nigerian driver's license, # 8695935. Bank of America also provided a copy of the foreign passport used by "Sanni ADEOLU" to open the account. A records check by HSI contacts in Nigeria confirm that there is no record of Nigerian passport # XXXXX3705 in the name of Sanni ADEOLU and date of birth XX/XX/1989, and that this passsport was counterfeit.

14. Financial records indicate that on January 4, 2017, the day after the $30,275.00 USD wire was received from Victim One into Bank of America account xxxxxxxx8521 in the name of Sanni ADEOLU, approximately $30,010.00 was withdrawn from the account through a series of cash withdrawals and cashier's checks that were issued on the account.

15. On January 4, 2017, the day after the wire for $30,275.00 was fraudulently misdirected, surveillance photographs provided by Bank of America show the individual

4

claiming to be "SANNI ADEOLU" conducting a bank teller purchase of a cashier's check in the amount of $20,000.00, a $5,000.00 teller cash withdrawal and a teller transfer of $2,500.00 from bank account XXXXXXXX8521, among other transactions.

### TRUE IDENTITY OF "SANNI ADEOLU"

16. A records check using the personal identifiers of SANNI ADEOLU provided by Bank of America was conducted in the Department of Homeland Security, United States Citizen and Immigration System, Central Index System. The search returned a possible match in the name of ADEDAYO OLAMIDE SANNI, with an Alien registration number (A#) of XXX-XXX-837. The record indicated that ADEDAYO OLAMIDE SANNI was naturalized as a U.S. citizen on February 3, 2016.

17. A records check using the name Adedayo Olamide SANNI, and the date of birth, was conducted in the U.S. Department of State, Consular Consolidated Database to see if Adedayo Olamide SANNI had applied for a U.S. Passport. The search resulted in a match. Adedayo Olamide SANNI was issued a U.S. Passport on February 16, 2016.

18. The photograph supplied by Adedayo Olamide SANNI as part of his U.S. passport application matched the photograph that was on the fraudulent Nigerian passport for "SANNI ADEOLU" provided to open Bank of America account XXXXXXXX8521.

19. On March 7, 2017, a driver's license records check was conducted on ADEDAYO OLAMIDE SANNI in the National Law Enforcement Telecommunications System (NLETS). The search resulted in a positive match for ADEDAYO OLAMIDE SANNI, who obtained Georgia driver's license, #XXXXX1931 on February 2, 2017. The Georgia driver's license listed his address as 2170 Hollywood Drive, Lawrenceville, Georgia 30044. The photograph that accompanied the Georgia driver's license matched the photograph SANNI provided as part of his U.S. passport application and the

photograph on the foreign passport used to open the Bank of America account XXXXXXXX8521.

20. On May 3, 2017, your affiant contacted Homeland Security Investigations, Atlanta, Georgia (HSI Atlanta) to request assistance with surveillance of Adedayo Olamide SANNI's address of record at 2170 Hollywood Drive, Lawrenceville, Georgia 30044. On May 9, 2017, HSI Atlanta provided surveillance photographs of the residence which revealed a vehicle parked in the driveway with a Georgia license plate number of WPL-642. A records check of Georgia license plate WPL-642 was conducted in the National Law Enforcement Telecommunications System (NLETS) revealing that Georgia license plate WPL-642 is a dealership license plate that was registered by a company identified as State Motors LLC. According to Georgia Corporations Division, State Motors LLC, registered on September 25, 2016, and is listed as an active transportation and warehousing business in the state of Georgia. The registered agent for State Motors LLC is listed as Adedayo SANNI.

21. On June 10, 2017 at approximately 2152 hours EST, 0152 hours GMT, Adedayo Olamide SANNI arrived at JFK International airport from Istanbul Ataturk airport on Turkish Airlines flight TK11 and presented a United States passport # XXXXX4247 bearing the name ADEDAYO OLAMIDE SANNI to a Customs and Border Protection (CBP) officer at the Primary Passport Control checkpoint. SANNI was referred to Passport Control Secondary for a secondary review due to a primary lookout subject record match. During the secondary review, CBP Officer Garcia conducted an immigration interview of SANNI to establish his identity. In addition to his U.S. passport, SANNI presented his Georgia driver's license, # XXXXX1931, in the name of Adedayo Olamide SANNI, DOB XX/XX/1984, and address of 2170 Hollywood Drive, Lawrenceville, GA 30044.

22. During his secondary review, SANNI stated his current residential address is 2170 Hollywood Drive, Lawrenceville, GA 30044. SANNI stated that he sells cars for a living and owns a company called STATE MOTORS LLC and a trucking company called DAYO SANNI LLC.

23. During his secondary review, additional documents and items were found. SANNI had a Federal Republic of Nigeria passport, # XXXXX8823, in the name of ADEDAYO OLAMIDE SANNI, with the same DOB as his U.S. passport, issued on September 10, 2014 with an expiration date of September 09, 2019. The photograph on this foreign passport matched the photographs on the other forms of identification in the name of Sanni ADEOLU described above that were obtained as part of this investigation.

24. During his secondary review, numerous credit cards were found in SANNI's possession, including a Bank of America business debit card in the names of STATE MOTORS LLC and Adedayo SANNI and a Chase Bank business debit card in the name of STATE MOTORS LLC and Adedayo O. SANNI.

### OTHER FRAUD VICTIMS of SANNI ADEOLU
### Victim Two – Indiana

25. Additionally, your Affiant is aware of other frauds and victims relating to "SANNI ADEOLU", which occurred outside of the jurisdiction of the Southern District of Florida as part of the conspiracy.

26. In December 2016, Victim Two, a company located in Indianapolis, Indiana, was attempting to purchase two vehicles from a local business located in Indianapolis, Indiana for $48,451.16. On December 28, 2016, at 0955 hours (local) Victim Two received an email from a salesman at the Indianapolis business containing legitimate wiring instructions, whereby Victim Two was directed to wire transfer $48,451.16 for the purchase of the two vehicles.

7

27.     On or about, December 28, 2016 an imposter co-conspirator hacked into the salesman's email account, and at 1325 hours (local), utilizing the salesman's email account, the imposter sent an email to Victim Two's email account instructing them to wire $48,451.16 for the purchase of the two vehicles and attached the corresponding fraudulent wire instructions. The wire instructions provided were as follows:

| | |
|---|---|
| Account Name: | A.M Trucking & Equipment For U.S. |
| Bank: | Bank of America |
| Bank Address: | 100 North Tryon St. |
| City: | Charlotte, NC 28202 |
| Routing #: | XXXXX9593 |
| Beneficiary: | A.M Trucking & Equipment For U.S. |
| Account #: | XXXXXXXX2343 |

28.     On December 28, 2016 Victim Two wired $48,451.16 to the bank account of "A.M Trucking & Equipment For U.S.", a company with no relation to any of the parties involved in the purchase of the two vehicles.

29.     Through investigative documents obtained by the Lantana Police Department pursuant to subpoenas, your Affiant learned that on January 4, 2017, $47,000.00 was transferred from Bank of America account XXXXXXXX2343, titled in the name "DBA Trucks and Equipment For US," to Bank of America account XXXXXXXX8521 in the name of "SANNI ADEOLU", the same bank account that received the $30,275.00 wire from Victim One in Lantana, Florida.

### Victim Three - Colorado

30.     In January of 2017, Victim Three, a Colorado corporation, attempted to purchase a residential property in Victor, Colorado for $46,198.99 USD. Victim Three intended to wire transfer the funds to the real estate broker involved in the transaction, and was corresponding with the owner of the real estate company.

31. On January 17, 2017, Victim Three received an email from the owner of the real estate company containing legitimate wiring instructions, whereby Victim Three was instructed to wire transfer $46,198.99 to the title company involved in the transaction for the purchase of the residential property.

32. On or about January 19, 2017, the real estate company owner's email account was hacked by an unknown imposter co-conspirator. The next day, utilizing the real estate company owner's email account, the imposter co-conspirator sent an email to Victim Three's email account stating that the title company involved in the transaction could not accept the wire due to a current audit at their bank and attached different fraudulent wire instructions.

33. The attachment referred to in the email from the imposter utilizing the real estate company owner's email account contained fraudulent wire instructions for the "Law Office of SANNI (ESQ)". The wire instructions provided were as follows:

| | |
|---|---|
| Account Name: | Sanni ADEOLU |
| Bank: | Chase Bank |
| Bank Address: | 402 N Tejon Street |
| City: | Colorado Springs, CO 80903 |
| Routing #: | XXXXX0021 |
| Beneficiary: | Sanni ADEOLU |
| Account #: | XXXXX6001 |

34. On January 20, 2017, Victim Three wired $46,198.99 in United States Currency from its First Bank account to Chase Bank account number XXXXX6001 for further credit to "SANNI ADEOLU".

35. On January 23, 2017, Victim Three learned that the title company did not receive the wire for $46,198.99. After realizing they had been victims of financial fraud and theft, Victim Three contacted the El Paso County Sheriff's Office to report the crime.

El Paso County Sheriff's Office is currently working with HSI West Palm Beach on this investigation.

36. In addition to the evidence of identification discussed above, the photographs provided by Bank of America surveillance cameras associated with the large financial withdrawals "SANNI ADEOLU" conducted on January 4, 2017 from Bank of America account XXXXXXXX8521, resulted in the positive identification of SANNI as the individual involved in the fraud schemes relating to Victim One in Lantana, Florida, Victim Two in Indiana and Victim Three in Colorado as ADEDAYO OLAMIDE SANNI.

## CONCLUSION

37. Based on the information provided in this affidavit, your affiant submits that there is probable cause to believe that beginning as early as December 2016 through February 2017 in Palm Beach County, in the Southern District of Florida, and elsewhere, Adedayo Olamide SANNI, aka Sanni ADEOLU, together with others known and unknown, conspired and schemed to defraud and obtain money from Victims One, Two and Three, in violation of Title 18 United States Code, Sections 1343 (Wire Fraud), 1344 (Bank Fraud), and 1349 (Attempt and Conspiracy to Commit Wire and Bank Fraud).

38. I further request that this affidavit, as it reveals an ongoing investigation, be **SEALED** until further order of the Court in order to avoid premature disclosure of the investigation, guard against flight, and better ensure the safety of agents and others, except that working copies may be served on Special Agents and other investigative and law enforcement officers of the Department of Homeland Security, federally deputized state and local law enforcement officers, and other government and contract personnel

acting under the supervision of such investigative or law enforcement officers as necessary to effectuate the Court's Order.

**Steven R. Leisure**
Special Agent
Department of Homeland Security
Homeland Security Investigations

Sworn to before me this ___31st___ day of August 2018, at West Palm Beach, Florida.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

11

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>ADEDAYO OLAMIDE SANNI,<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 18-8380-DLB |

**ARREST WARRANT**

FILED BY __SP__ D.C.

AUG 3 1 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __ADEDAYO OLAMIDE SANNI__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit wire fraud and bank fraud, in violation of Title 18, United States Code, Section 1349; Wire fraud in violation of Title 18, United States Code, Section 1343; Bank fraud in violation of Title 18, United States Code, Section 1344.

Date: 8-31-2018

_____
*Issuing officer's signature*

City and state: West Palm Beach, Florida

Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.<br><br>Date: _____<br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: ADEDAYO OLAMIDE SANNI
Known aliases: Sanni Adeolu
Last known residence: 2170 Hollywood Drive, Lawrenceville, Georgia 30044
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers: 404-960-5331 / 404-820-1322
Place of birth: Nigeria
Date of birth: 07/15/1984
Social Security number: 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
Height: 5'11"   Weight: 170
Sex: Male   Race: Black
Hair: Black   Eyes: Brown
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: N/A

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address: S/A Steven R. Leisure, Homeland Security Investigations
501 S. Flagler Drive, Suite 500, West Palm Beach, FL 33401

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 18-8380-DLB

### BOND RECOMMENDATION

DEFENDANT: ADEDAYO OLAMIDE SANNI

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Lauren E. Jorgensen

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   S/A Steven R. Leisure, HSI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __18-8380-DLB__

UNITED STATES OF AMERICA

v.

ADEDAYO OLAMIDE SANNI,
  a/k/a Sanni Adeolu,

        Defendant,
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

                Respectfully submitted,

                BENJAMIN G. GREENBERG
                UNITED STATES ATTORNEY

BY:    /s/ Lauren E. Jorgensen
       LAUREN E. JORGENSEN
       ASSISTANT UNITED STATES ATTORNEY
       Florida Bar No. 726885
       500 S. Australian Ave, Ste. 400
       West Palm Beach, Florida 33401
       TEL (561) 820-8711
       FAX (561) 820-8777
       Lauren.Jorgensen@usdoj.gov